IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| EARL HOUSTON HOLLAND, | ) | |
| #254 495, | ) | |
| | ) | |
|    Petitioner, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO.: 1:13-CV-26-TMH |
| | ) | [WO] |
| FRANK ALBRIGHT, *et al.*, | ) | |
| | ) | |
|    Respondents. | ) | |

**RECOMMENDATION OF THE MAGISTRATE JUDGE**

Petitioner, a state inmate, filed this *pro se* habeas corpus petition on January 6, 2013. Pending before the court is Petitioner's motion to dismiss this cause of action. Upon consideration of Petitioner's motion to dismiss, the court concludes this motion is due to be granted. Furthermore, the court concludes that the petition should be dismissed without prejudice. *See* Rule 41(a)(1), *Federal Rules of Civil Procedure*.

Accordingly, it is the RECOMMENDATION of the Magistrate Judge that Petitioner's motion to dismiss (*Doc. No. 10*) be GRANTED and that this petition for habeas corpus relief be DISMISSED without prejudice.

It is further

ORDERED that on or before **May 21, 2013,** the parties may file an objection to the Recommendation. Any objection filed must specifically identify the findings in the Magistrate Judge's Recommendation to which the party is objecting. Frivolous, conclusive

or general objections will not be considered by the District Court. The parties are advised that this Recommendation is not a final order of the court and, therefore, it is not appealable.

Failure to file a written objection to the proposed findings and advisements in the Magistrate Judge's Recommendation shall bar the party from a *de novo* determination by the District Court of issues covered in the Recommendation and shall bar the party from attacking on appeal factual findings in the Recommendation accepted or adopted by the District Court except upon grounds of plain error or manifest injustice. *Nettles v. Wainwright*, 677 F.2d 404 (5th Cir. 1982). *See Stein v. Reynolds Securities, Inc.*, 667 F.2d 33 (11th Cir. 1982). *See also Bonner v. City of Prichard*, 661 F.2d 1206 (11th Cir. 1981, *en banc*), adopting as binding precedent all of the decisions of the former Fifth Circuit handed down prior to the close of business on September 30, 1981.

Done this 7th day of May, 2013.

    /s/Charles S. Coody
CHARLES S. COODY
UNITED STATES MAGISTRATE JUDGE