IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| EARL HOUSTON HOLLAND, #254495, ) | |
| ) | |
| Petitioner, ) | |
| v. ) | CIVIL ACTION NO. 1:13cv26-TMH |
| ) | (WO) |
| FRANK ALBRIGHT, *et al*., ) | |
| ) | |
| Respondents. ) | |

**OPINION and ORDER**

On May 7, 2013, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed. (Doc. # 11). Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED and ADJUDGED that the Recommendation of the Magistrate Judge be and is hereby ADOPTED, the Petitioner's motion to dismiss (doc. # 10) be and is hereby GRANTED, and that the petition for habeas corpus relief be and is hereby DISMISSED without prejudice.

A separate order will issue.

Done this the 14th day of June, 2013.

　　　　　　　　　　　　　　　　 /s/ Truman M. Hobbs
　　　　　　　　　　　　　　　　TRUMAN M. HOBBS
　　　　　　　　　　　　　　　　SENIOR UNITED STATES DISTRICT JUDGE