IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| EARL HOUSTON HOLLAND, #254495, | ) |
| Petitioner, | ) |
| v. | ) CIVIL ACTION NO. 1:13cv26-TMH |
| | ) (WO) |
| FRANK ALBRIGHT, *et al.*, | ) |
| Respondents. | ) |

**FINAL JUDGMENT**

Upon consideration of the prior proceedings, opinions and orders entered in this case, it is

ORDERED and ADJUDGED that judgment be and is hereby entered in favor of the Respondents and against the Petitioner and that this action be and is hereby dismissed without prejudice.

The Clerk of the Court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

Done this the 14th day of June, 2013.

    /s/ Truman M. Hobbs
TRUMAN M. HOBBS
SENIOR   UNITED   STATES   DISTRICT   JUDGE